United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Anna M Yocum

    Debtor

Case No. 22-00657-HWV

Chapter 13

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anna M Yocum, 437 Linton Hill Road, Duncannon, PA 17020-9714 |
| 5468985 | | NCFCU, PO Box 4521, Carol Stream, IL 60197-4521 |
| 5469882 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5468981 | + | Email/Text: bankruptcy@cavps.com | Jul 13 2023 18:52:00 | Cavalry Portfolio Svcs., 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 5469387 | + | Email/Text: bankruptcy@cavps.com | Jul 13 2023 18:52:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5468982 | + | Email/Text: RMOpsSupport@alorica.com | Jul 13 2023 18:52:00 | Global Receivables Solution, 2703 N Highway 75, Sherman, TX 75090-2567 |
| 5480686 | | Email/Text: camanagement@mtb.com | Jul 13 2023 18:52:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5468984 | + | Email/Text: Bankruptcies@nragroup.com | Jul 13 2023 18:52:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5468987 | | Email/PDF: cbp@omf.com | Jul 13 2023 18:54:13 | OneMain Financial, PO Box 183172, Columbus, OH 43218-3172 |
| 5468986 | + | Email/PDF: cbp@omf.com | Jul 13 2023 18:54:07 | OneMain Financial, 3401 Hartzdale Drive, Camp Hill, PA 17011-7200 |
| 5473203 | | Email/Text: kadkins@perryco.org | Jul 13 2023 18:52:00 | Perry County Tax Claim Bureau, 25 W Main St, PO Box 37, New Bloomfield, PA 17068 |
| 5468990 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2023 18:54:07 | Portfolio Recovery, 120 Corporate Blvd., Norfolk, VA 23502 |
| 5468991 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2023 18:54:19 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd., Norfolk, VA 23502 |
| 5475304 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2023 18:54:13 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5468989 | + | Email/Text: blegal@phfa.org | Jul 13 2023 18:52:00 | Pennsylvania Housing Finance Agency, P.O. Box 15057, 211 North Front St., Harrisburg, PA 17101-1406 |
| 5468992 | | Email/Text: amieg@stcol.com | Jul 13 2023 18:52:00 | State Collection Service, 2509 S. Stoughton Rd, Madison, WI 53716-3314 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5468983 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, 475 Crosspoint Parkway, Getzville, NY 14068 |
| 5468988 | ##+ | Penn Credit Corp., 916 S. 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jerry A. Philpott | on behalf of Debtor 1 Anna M Yocum PhilpottJ@aol.com  campbellsk57@aol.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**Middle District of Pennsylvania**

In re: Anna M. Yocum
Case no. 1:22-bk-657-HWV

ORDER

AND NOW, the Debtor having moved to dismiss her case and it appearing she has that right, the above-captioned case is hereby dismissed.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 13, 2023